1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAVAUGHN K. ROBINSON,                    No.  2:22-cv-01640-DAD-KJN (PC)

12              Plaintiff,

13        v.                                  ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATIONS AND DISMISSING
14   TY JONES, et al.,                        THIS ACTION

15              Defendants.                   (Doc. No. 14)

16

17        Plaintiff Javaughn K. Robinson is a state prisoner proceeding *pro se* in this civil rights

18   action brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On November 1, 2022, the assigned magistrate judge issued findings and

21   recommendations recommending that this action be dismissed because it is duplicative of

22   *Robinson v. Jones*, 2:22-cv-1717-KJM-CKD, a prior civil rights action filed by plaintiff that

23   remains pending in this court.  (Doc. No. 14.)  The pending findings and recommendations were

24   served on plaintiff and contained notice that any objections thereto were to be filed within

25   fourteen (14) days after service.  (*Id*. at 2.)  On November 10, 2022, plaintiff filed a document

26   captioned "Objections," but in substance, plaintiff states therein that he requests that this action

27   be dismissed and advises that he will not make any further filings in this case.  (Doc. No. 15.)

28   Thus, it is clear that plaintiff does not object to the pending findings and recommendations.

1       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

2  *de novo* review of the case.  Having carefully reviewed the entire file, including plaintiff's filing

3  dated November 10, 2022, the court finds the findings and recommendations to be supported by

4  the record and by proper analysis.

5       Accordingly,

6      1.     The findings and recommendations issued on November 1, 2022 (Doc. No. 14) are

7               adopted in full;

8      2.     This action is dismissed; and

9      3.     The Clerk of the Court is directed to close this case.

10       IT IS SO ORDERED.

11  Dated:   **November 17, 2022**

12                            UNITED STATES DISTRICT JUDGE

2